12-CV-00834-RCPT

```
____ FILED      ____ ENTERED
____ LODGED    ____ RECEIVED
```

SEP 04 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAY LAWHON,

    Petitioner,

v.

HARLEY G. LAPPIN,

    Respondent.

Case No. C12-834-JLR

**ORDER OF DISMISAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is **ADOPTED**;

(2) This 28 U.S.C. § 2241 petition is **DENIED** and the matter is **DISMISSED** with prejudice;

(3) The issuance of a certificate of appealability ("COA") is not necessary to appeal the dismissal of this matter; and

(4) The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 3RD day of Sept., 2012.

                                JAMES L. ROBART
                                United States District Judge

ORDER OF DISMISAL- 1